```
 1                 IN THE UNITED STATES DISTRICT COURT

 2              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

 3   UNITED STATES OF AMERICA,        )
                                      )  No. 3:18-MJ-22638-RAM
 4             Plaintiff,             )
                                      )
 5   v.                               )  November 28, 2018
                                      )
 6   RICARDO HERNANDEZ-CONTRERAS,     )
                                      )
 7             Defendant.             )
     _____)  San Diego, California
 8

 9            TRANSCRIPT OF DIGITALLY RECORDED PROCEEDINGS

10                         (Status Hearing)

11       BEFORE THE HONORABLE ROBERT N. BLOCK, MAGISTRATE JUDGE

12
     APPEARANCES:
13   FOR THE PLAINTIFF:      JULIANNE KELLY-HORNER
                             MICHAEL LASATER
14                           Assistant U.S. Attorney
                             U.S. Attorney's Office
15                           Southern District of California
                             880 Front Street, Room 6293
16                           San Diego, CA  92101-8893
                             (619)557-5610
17

18   FOR THE DEFENDANT:      NARCISO DELGADO-CRUZ
                             The Cruz Law Firm, APC
19                           3200 Fourth Ave #203
                             San Diego, CA 92103
20                           (619)717-2233

21

22

23   COURT REPORTER:         AMANDA M. LeGORE
                             RDR, CRR, CRC, FCRR, CACSR
24                           U.S. District Court
                             333 West Broadway, Suite 420
25                           San Diego, CA 92101
                             amanda_legore@casd.uscourts.gov
```

```
 1              (Wednesday, November 28, 2018; 9:11 a.m.)
 2
 3                         P R O C E E D I N G S
 4
 5         THE CLERK:  Counsel, when I call your client's name,
 6    please state your appearance for the record.
 7              (Other matters heard and not transcribed herein.)
 8         THE CLERK:  Calling matter No. 5, 18-MJ-22368, the
 9    United States of America v. Ricardo Hernandez-Contreras.
10         MR. DELGADO-CRUZ:  Good morning, your Honor.  Narciso
11    Cruz on behalf of Mr. Hernandez-Conreras, who is present before
12    this court and being assisted by the Spanish-language
13    interpreter.
14              (Other matters heard and not transcribed herein.)
15         MS. HORNER:  And Julianne Horner for the United
16    States this morning.
17              (Other matters heard and not transcribed herein.)
18         THE COURT:  Now, No. 5, my clerk advises me the
19    defendant has presented, through his counsel, a birth -- what
20    he claims is a birth certificate to the Government.
21              What's the Government's position on that?
22         MS. HORNER:  Yes, your Honor.  We received that, and
23    we are moving to dismiss without prejudice.
24         THE COURT:  All right.  That motion is granted.
25         MR. DELGADO-CRUZ:  Thank you, your Honor.  And, your
```

1   Honor, I'm not sure that the Court has or will entertain an
2   issue that comes up after the defendant could be released, and
3   that's an ICE hold.  He is a U.S. citizen by birth.
4           I don't know whether or not this court could
5   entertain a motion through counsel, whether written or oral, to
6   have ICE release this individual upon his release from federal
7   custody.
8           THE COURT:  Well, there isn't -- I mean, the way
9   we've been doing it -- there is no detainer.  Right?
10          MR. LASATER:  There is no detainer, your Honor, at
11  this time.  If the defendant were -- once the criminal
12  proceedings are concluded is that now normal practice is to put
13  a detainer on the defendant.  In this particular case, we'll
14  make sure the immigration authorities get a copy of the birth
15  certificate.  And it's up to them, really.  That's an
16  administrative proceeding, your Honor.
17          THE COURT:  Yeah, and I'm not -- I don't have
18  jurisdiction over what happens in immigration but hopefully
19  they won't take someone into custody legally --
20          MR. LASATER:  Thank you, your Honor.
21          THE COURT:  -- who is a U.S. citizen.  So that takes
22  care of No. 5.
23              (Other matters heard and not transcribed herein.)
24              (Conclusion of proceedings.)
25

```
 1
 2
 3                         --oOo--
 4   I certify, by signing below, that the foregoing is a correct
 5   stenographic transcript, to the best of my ability, of the
 6   digital recording of the audio proceedings had in the
 7   above-entitled matter this 6th day of December, 2018.  A
 8   transcript without an original signature or conformed signature
 9   is not certified.  I further certify that the transcript fees
10   and format comply with those prescribed by the Court and the
11   Judicial Conference of the United States.
12
             /S/ Amanda M. LeGore
13           _____
14         AMANDA M. LeGORE, RDR, CRR, CRC, FCRR, CACSR
15
16
17
18
19
20
21
22
23
24
25
```